No. — – ——.   PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, AS ADMINISTRATOR OF THE ESTATE OF MILAM *v.*

GIBSON & CUSHMAN OF NEW YORK, INC. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.